# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CURTIS HANNA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　Case No. 6:11-cv-1837-Orl-22DAB

**CFL PIZZA, LLC,**

        **Defendant.**
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion to Remand (Doc. No. 14) filed on December 13, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 30, 2012 (Doc. No. 22) is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiff's Motion to Remand (Doc. No. 14) is GRANTED. This case is hereby REMANDED to the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County,

Florida (Case No. 05-2011-CA-52949). Plaintiff's request for attorneys' fees and costs is DENIED.

    3.      The ruling on the Motion to Dismiss (Doc. No. 6) is DEFERRED to the state court.

    4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 15, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Clerk, Circuit Court of the Eighteenth Judicial Circuit
   In and For Brevard County, Florida